In the Matter of the Appraisal of the Estate of WILLIAM D. BURNHAM,

Deceased, under the Acts in Relation to the Taxable Transfers of Property. THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; JOSEPH D. TOMLINSON and Others, as Executors, etc., of WILLIAM D. BURNHAM, Deceased, Respondents.— Order of the Surrogate's Court of Westchester county affirmed, with costs, on the opinion of Surrogate Slater. [Reported in 112 Misc. Rep. 560.] Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.